

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Jeremiah Dunnigan.,

No. 11-22-00132-CR

* Original Habeas Corpus Proceeding

* May 26, 2022

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Jeremiah Dunnigan's application for writ of habeas corpus and concludes that the application for writ of habeas corpus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the application for habeas corpus is dismissed.